```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 19359
   DANIEL ARLEN CLARK
   LANA LUCILLE CLARK                           CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-8388      SSN XXX-XX-6409

-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/18/04 and confirmed on 07/16/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  55500.00 .

   4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
FIA CARD SERVICES          SECURED         8624.17        345.13        8624.17
INTERNAL REVENUE SERVICE   PRIORITY        4004.84        195.83        4004.84
BECKET & LEE LLP           UNSECURED       4000.46           .00        4000.46
BECKET & LEE LLP           UNSECURED       1703.68           .00        1703.68
ECAST SETTLEMENT CORPORA   UNSECURED       5252.63           .00        5252.63
RESURGENT CAPITAL SERVIC   UNSECURED        377.07           .00         377.07
DISCOVER BANK              UNSECURED       6010.30           .00        6010.30
WORLD FINANCIAL NETWORK    UNSECURED        451.84           .00         451.84
FIRST CONSUMERS MASTER T   UNSECURED       3491.03           .00        3491.03
FCNB                       UNSECURED      NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED      15803.51           .00       15803.51
SAMS                       UNSECURED      NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        612.34           .00         612.34
WELLS FARGO FINANCIAL RE   UNSECURED      NOT FILED          .00            .00
FIA CARD SERVICES          SECURED             .00           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED        121.35           .00          84.95
         Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED 8624.17      4004.84    37824.21         .00       50453.22
PRINCIPAL PAID     8624.17      4004.84    37787.81         .00       50416.82
INTEREST PAID       345.13       195.83         .00         .00         540.96
TOTAL PAID         8969.30      4200.67    37787.81         .00       50957.78
The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $   2314.05 .

Refunds to the Debtor totaled $     528.17 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/11/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 04 B 19359 DANIEL ARLEN CLARK & LANA LUCILLE CLARK